UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHEILA ANN BLANC,

Plaintiff,

v.

WESTERN PROGRESSIVE, LLC, et al.,

Defendants.

Case No.  21-mc-80191-JSW

**ORDER DENYING MOTION TO SEAL AND PETITION FOR WRIT OF MANDMUS**

Re: Dkt. No. 12

This matter comes before the Court upon consideration of the motion to seal and a document entitled "Writ of Mandamus … Writ of Ne Exeat Regno," filed by Plaintiff.  The Court DENIES the motion to seal because there is no information contained in Plaintiff's papers that is sealable.  The Clerk shall unseal Docket 12.

Plaintiff's request for mandamus relief stems from various proceedings relating to the foreclosure and Trustee's Sale of property located at 7319 Witter Rd., Sebastopol, California.  Plaintiff continues to challenge the validity of those proceedings but provides the Court with no legal or factual basis to grant relief.  Accordingly, the Court DENIES the petition.  This Order shall operate as a judgment for purposes of any appeal.  The Clerk shall accept no further filings in this closed case.

**IT IS SO ORDERED**.

Dated: June 1, 2026

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California